IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ISAAC DONALD EVERLY, ADELA EVERLY, | ) |
| | ) |
| v. | ) 3:04-00326 |
| | ) |
| CAROLYN ANN MORGAN, | ) |
| | ) |

## ORDER

The Report and Recommendation, Document #64, is adopted by the Court there being no objection filed thereto. Accordingly, the Motion to Permit Sale of Property to Pay Debts of IDE Enterprises, LLC, Document #40, is DENIED.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge